UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
REVOLAZE LLC, :
:
                      Plaintiff, :
: 20-MC-190 (JMF)
      -v- :
: ORDER
J.C. PENNEY CORPORATION, INC. and J.C. PENNEY :
PURCHASING CORPORATION, :
:
                      Defendants, :
:
KALTEX AMERICA, :
:
                      Relief Defendant, :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Yesterday, this case — in which Defendants seek to compel the attendance and testimony of non-party witness Kaltex America pursuant to a Subpoena to Testify at a Deposition in a Civil Action dated March 4, 2020, issued in connection with ligation in the United States District Court for the Eastern District of Texas — was assigned to the undersigned. *See* ECF Nos. 1 & 2. Any opposition (not to exceed 10 pages) shall be filed **by April 20, 2020**; any reply (not to exceed three pages) shall be filed **by April 22, 2020**. Defendants shall serve non-party Kaltex America and Plaintiff electronically **by tomorrow at noon**.

      SO ORDERED.

Dated: April 14, 2020
       New York, New York
                                             JESSE M. FURMAN
                                             United States District Judge