UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
REVOLAZE LLC,                                                          :
:
                        Plaintiff,                                           :
:
              -v-                                                           :        20-MC-190 (JMF)
:
J.C. PENNEY CORPORATION, INC. and J.C. PENNEY   :        ORDER OF DISMISSAL
PURCHASING CORPORATION,                                       :
:
                        Defendants,                                         :
:
KALTEX AMERICA,                                                        :
:
                      Relief Defendant                                     :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court having been advised at ECF No. 13 that all claims asserted herein have been settled in principle, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within thirty days** of the date of this Order in the event that further Court intervention is needed. The Court retains jurisdiction during that period.

       To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis. **Further, requests to extend the deadline to reopen are unlikely to be granted.**

       Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to close this case.

       SO ORDERED.

Dated: April 23, 2020
       New York, New York
                                                          JESSE M. FURMAN
                                                          United States District Judge